Barbara Ann BARNES, Appellee and Cross-Appellant,

v.

Thomas Lee GAINES, Appellant and Cross-Appellee,

Barbara Ann BARNES, Appellee and Cross-Appellant,

v.

Helen P. SHEEHAN and The First National Bank and Trust Company of Tulsa, as Guardian of the Estate of Helen P. Sheehan, Appellants and Cross-Appellees.

Nos. 54112, 54165.

Supreme Court of Oklahoma.

June 20, 1983.

Deryl L. Gotcher, Graydon Dean Luthey, Jr., Tulsa, for appellant and cross-appellee Thomas Lee Gaines.

Joseph A. Sharp, Michael P. Atkinson, Tulsa, for appellee and cross-appellant Barbara Ann Barnes.

J. Warren Jackman, J. David Jorgenson, Tulsa, for appellants and cross-appellees Helen P. Sheehan and The First National Bank and Trust Company of Tulsa.

ORDER

Petition to grant review of the opinion of the Court of Appeals, Division No. 3, of March 15, 1983, 668 P.2d 1175, is granted for the limited purpose only of vacating the Court of Appeals reversal against Thomas Gaines, Appellant and Cross-Appellee, and to reinstate the trial court's judgment against Gaines. In all other respects, petition for certiorari is hereby denied.